UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN DEITSCH

               Plaintiff and Counterclaim
               Defendant,

      -v-

TRANSUNION, LLC and
JPMORGAN CHASE BANK, N.A.,

               Defendants and Counterclaim
               Plaintiffs.

20 Civ. 9322 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court having been advised that the claims between plaintiff and TransUnion, LLC ("TransUnion") have been settled in principle, Dkt. 22, it is ORDERED that plaintiff's claims against TransUnion and TransUnion's counterclaims are hereby dismissed and discontinued without costs, and without prejudice to the right to reinstate those claims within 60 days of the date of this Order if the settlement is not consummated.

      To be clear, any application to reinstate must be filed within 60 days of this Order; any application to reinstate filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 60-day period to be "so ordered" by the Court.  Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.  Any proposed order approving the settlement agreement that seeks the Court's continued jurisdiction should either (1) expressly

state that the Court retains jurisdiction to enforce the agreement or (2) incorporate the terms of the settlement agreement in the order.

The Clerk of Court is respectfully directed to terminate TransUnion as a party to this case.

SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: January 20, 2021
           New York, New York