UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENJAMIN DEITSCH

                Plaintiff and Counterclaim
                Defendant,

        -v-

JPMORGAN CHASE BANK, N.A.,

                Defendant and Counterclaim
                Plaintiff.

20 Civ. 9322 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Due to a conflict with the Court's criminal calendar, the conference currently scheduled for June 14, 2021, at 2:00 p.m. is hereby rescheduled for **June 18, 2021, at 1:00 p.m.** The conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906 followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

    SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: June 9, 2021
       New York, New York